IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER BOLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE GROUP,<br><br>          Defendant. | **8:21CV434**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulated Motion of Dismissal (Filing No. 31). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with no costs awarded, each party to bear their own costs.

Dated this 30th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge